**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1431**

---

In Re: MICHAEL H. DITTON,

                                            Petitioner.

---

On Petition for Writ of Mandamus.
(CA-99-958-A, CA-99-1901-A)

---

Submitted:  May 11, 2000                Decided:  May 18, 2000

---

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Michael H. Ditton, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Henry Ditton petitions this court for a writ of mandamus directing the district court for the Eastern District of Virginia to enter a final judgment in a civil case Ditton filed in that court. The district court's docket sheet and Ditton's own attachments demonstrate that the district court has done so. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

<u>PETITION DENIED</u>

2